SCHAAF ET AL., APPELLEES, *v.* MALAVE ET AL., APPELLANTS.

[Cite as Schaaf *v.* Malave (1986), 28 Ohio St. 3d 306.]

(No. 85-1399—Decided December 22, 1986.)

*Scanlon & Gearinger Co., L.P.A., Timothy F. Scanlon* and *Robert A. Royer,* for appellees.

*Logee, Hostetler, Stutzman & Broehl* and *Mark W. Baserman,* for appellants.

The judgment of the court of appeals in case No. 2033 is affirmed, but for the reasons stated in *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.